AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| RYAN SWOOPE, (3/10/1994) | ) Case: 1:22-mj-00251 |
| SAUL LLAMAS, (5/8/1993) | ) Assigned To : Harvey, G. Michael |
| JORDAN SIEMERS, (7/9/1997) | ) Assign. Date : 11/14/2022 |
|  | ) Description: Complaint W/ Arrest Warrant |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

Code Section — Offense Description

18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Julie Gravelle*
Complainant's signature

Julie Gravelle, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __11/14/2022__

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.14 11:32:17 -05'00'

Judge's signature

City and state: __Washington, D.C.__      G. Michael Harvey, U.S. Magistrate Judge
Printed name and title